OPINION — AG — AN ATTORNEY CANNOT SIGN OUT AN ARRESTEE FROM THE COUNTY JAIL IRRESPECTIVE OF WHETHER HE IS A MEMBER OF THE LOCAL BAR ASSOCIATION. (JAILS, ATTORNEYS, PRIVATE ATTORNEYS, CRIMINAL JUSTICE, POLICE) CITE: 22 O.S. 1971 1101 [22-1101], 22 O.S. 1971 532 [22-532], 57 O.S. 43 [57-43], 11 O.S. 28-114 [11-28-114], 22 O.S. 1971 209 [22-209] [22-209], 59 O.S. 1334 [59-1334], OPINION NO. 80-001 (DAVID W. LEE)